1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   MORNINGSIDE GROUP LIMITED,              Case No.  16-cv-03871-HSG
            Plaintiff,
8                                          **SCHEDULING ORDER**
        v.
9
10  AZEB CLARK,
            Defendant.
11
12
13      The Court held an initial case management conference on October 11, 2016.  The Court
14  hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil
15  L.R. 16-10:
16

| Event | Deadline |
|---|---|
| Deadline to Amend Pleadings | December 11, 2016 |
| Close of Fact Discovery | April 28, 2017 |
| Plaintiff's Expert Disclosures | May 31, 2017 |
| Defendant's Expert Disclosures | June 30, 2017 |
| Exchange of Rebuttal Expert Reports | July 31, 2017 |
| Close of Expert Discovery | August 31, 2017 |
| Filing of Dispositive Motions | September 14, 2017 |
| Oppositions to Dispositive Motions | October 5, 2017 |
| Replies in support of Dispositive Motions | October 19, 2017 |
| Last Day to Hear Dispositive Motions | November 2, 2017 at 2:00 p.m. |

United States District Court
Northern District of California

| Pretrial Conference | January 9, 2018 at 3:00 p.m. |
|---|---|
| Jury Trial | January 22, 2018 at 8:30 a.m.<br> 5 days |

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.


**IT IS SO ORDERED.**

Dated:   10/12/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge