# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MORNINGSIDE GROUP, LTD, <br> Plaintiff(s) <br> v. <br> AZEB CLARK and DOES 1-10, <br> Defendant(s) | CASE No C3:16-cv-03871-HSG <br><br> STIPULATION AND [PROPOSED] <br> ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: January 31, 2017

Date: 10/12/2016

/Naomi Jane Gray/
Attorney for Plaintiff

Date: 10/13/16

/s/ Richard R. Wiebe
Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 10/13/2016

*Haywood S. Gilliam Jr.*
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 7-2016*